UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WALTER ANDRES BARRIOS OSORIO,

                Petitioner,

    v.

PAMELA BONDI et al.,

                Respondents.

CASE NO. 2:26-cv-00317-JNW

ORDER GRANTING IFP APPLICATION

Petitioner Walter Andres Barrios Osorio has filed a proposed 28 U.S.C. § 2241 habeas petition and an application to proceed in forma pauperis ("IFP"). Dkt. No. 1. Barrios Osorio's IFP application indicates that he has no savings and income, and his prison trust account holds just $93.07 as of January 15, 2026. On this record, the Court finds that Barrios Osorio would experience financial difficulty in paying the filing fee. Accordingly, the Court GRANTS the IFP Application.

The Clerk is directed to send copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

ORDER GRANTING IFP APPLICATION - 1

Dated this 30th day of January, 2026.

Jamal N. Whitehead
United States District Judge

ORDER GRANTING IFP APPLICATION - 2