UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WALTER ANDRES BARRIOS OSORIO,<br><br>                    Petitioner,<br><br>          v.<br><br>TODD BLANCHE et al.,<br><br>                    Respondents.[1] | CASE NO. 2:26-cv-00317-JNW<br><br>ORDER |

This matter comes before the Court on Petitioner Walter Andres Barrios Osorio's motion to enforce the Court's prior order granting habeas corpus relief. Dkt. No. 15. This case is closed. If Petitioner wishes to raise new issues not presented in his original petition, he must file a new petition for a writ of habeas corpus. When he files, Barrios Osorio should note that the new case is related to this matter so that the Clerk can assign it to the undersigned.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), the Court substitutes Todd Blanche for Pamela Bondi.

ORDER - 1

Dated this 15th day of June, 2026.

Jamal N. Whitehead
United States District Judge

ORDER - 2